UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARRELL AND GINGER BRADFORD | : | CASE NO. 14-10462 |
| DEBTORS | : | JUDGE DRAKE |

NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that the hearing on DEBTOR'S OBJECTION TO PROOF OF CLAIM OF NATIONSTAR MORTGAGE, LLC in the above-styled case has been set to 9:20 A.M., on the 8th day of January, 2015, in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia.

SUBMITTED and CONSENTED TO BY:

_____/s/_____
Michael A. Gorove
Harmon & Gorove
1 Jefferson Street
Newnan, GA  30263
770-253-5902

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                  :        CHAPTER 13

DARRELL AND GINGER BRADFORD             :        CASE NO. 14-10462

    DEBTORS                             :        JUDGE DRAKE

OBJECTION TO PROOF OF CLAIM

    Come now the above debtors, DARRELL AND GINGER BRADFORD, by and through their attorney, and objects to the claim of Nationstar Mortgage, LLC (hereinafter "Creditor") in the amount of $174,787.50 (12,798.36 arrears). Debtor shows that Creditor has been given relief from stay and the house sold and/or to be imminently foreclosed upon. Funding of the arrearage claim should cease and the claim should be disallowed.

    WHEREFORE, debtor prays that the Court disallow creditors claim in the amount of $174,787.50 (12,798.36 arrears) and that the Chapter 13 Trustee cease funding the claim until further Order of this Court.

                                                   Respectfully submitted,
                                                   HARMON & GOROVE

                                                   _____/s/_____

1 Jefferson Street                               MICHAEL A. GOROVE
Newnan, GA  30263                             Attorney For Debtor
770/253-5902                                      State Bar No. 302730

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day mailed a true and exact copy of the foregoing Objection to Proof of claim and NOTICE OF ASSIGNMENT OF HEARING thereon to:

>Adam Goodman
>Chapter 13 Trustee
>260 Peachtree Street NW
>Suite 200
>Atlanta, GA 30303
>
>Nationstar Mortgage, LLC
>Attn: Bankruptcy Dept.
>PO Box 630267
>Irving, TX  75063
>
>Weinstein, Pinson & Riley, BK Services
>c/o Larry E. Johnson
>2001 Wester Ave #400
>Seattle, WA  98121
>
>Elizabeth H. Parrott
>P. O. Box 23408
>Nashville, TN 37202

by placing a copy of same in a properly addressed envelope with sufficient postage to insure delivery and depositing same in the United States Mail.

This 25th day of November, 2014.

>HARMON & GOROVE
>
>_____/s/_____
>MICHAEL A. GOROVE
>Attorney For Debtor